UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LEONTE D WRIGHT, SR,
     Plaintiff,

vs.                                  Case No.:  3:23cv4798/MCR/ZCB

OFFICE OF THE PUBLIC
DEFENDER, et al.,
     Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on June 8, 2023. (Doc. 10).   The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 10) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Plaintiff's for failure to state a claim upon which relief can be granted under 28 U.S.C. §1915A(b)(1).

1

3.      The Clerk of Court is directed to enter judgment in accordance with this

order and close the case.

**DONE AND ORDERED** this 1st day of September 2023.


_M. Casey Rodgers_
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**